THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOROTHEA WILKINS, Appellant, v. STEPHEN CHINLUND, as Director of Manhattan Rehabilitation Center, Respondent.—

Concur — Stevens, P. J., Eager, McGivern and Markewich, JJ.